

EXHIBIT # 6