**EXHIBIT**

#10

